# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>JOSHUA AMES CARTRETTE<br><br>*Defendant(s)* | )<br>) **SEALED**<br>)<br>) Case No.  3:25-mj-00162<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 14, 2025__ in the county of __Multnomah__ in the
_____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting a Federal Officer, Class A Misdemeanor |

This criminal complaint is based on these facts:
See Affidavit of FBI SA ▉ attached hereto and incorporated by reference

☑ Continued on the attached sheet.

Via telephone
*Complainant's signature*

▉, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __9:45__ a.m./p.m.

Date: __06/15/2025__

*Judge's signature*

City and state: __Portland, OR__      Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*

DISTRICT OF OREGON, ss:     AFFIDAVIT OF ▓▓▓▓▓

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, ▓▓▓▓▓, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1. I am a Special Agent with the Federal Bureau of Investigation and have been since July of 2023. My current assignment is ▓▓▓▓▓. My training and experience include the investigation of a multitude of unlawful activities to include interstate communications, fugitive investigations, crimes against children, and other violent crime. Before working for the FBI, I spent over four years working in local law enforcement and corrections ▓▓▓▓▓.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Joshua Cartrette, for Assaulting a Federal Officer in violation of 18 U.S.C. § 111(a)(1). As set forth below, there is probable cause to believe, and I do believe, that Joshua Cartrette committed Assaulting a Federal Officer (Misdemeanor), in violation of 18 U.S.C. § 111(a)(1).

3. The facts set forth in this affidavit are based on the following: my own personal knowledge; information obtained from other individuals during my participation in this investigation, including other law enforcement officers; interviews of witnesses; my review of records related to this investigation; communication with others who have knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for an arrest warrant, it does not set forth each fact that I or others have learned during this investigation.

## Applicable Law

4. 18 U.S.C. § 111(a)(1) makes it an offense to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114 while engaged in or on account of the performance of official duties. Persons designated in § 1114 include any officer or employee of the United States or of any agency in any branch of the United States government while such officer or employee is engaged in or on account of the performance of official duties, and any person assisting such an officer or employee in the performance of official duties. Under § 111(a), simple assault is a misdemeanor, but where the assaultive acts involve physical contact with the victim, the offense is a felony punishable by imprisonment up to 8 years.

## Statement of Probable Cause

5. Since June 4, 2025, protests have occurred at the U.S. Immigration and Customs Enforcement (ICE) field office located at 4310 S Macadam Ave in Portland, Oregon. During daylight hours, some of the attendees at the demonstration have harassed both ICE clients and employees by following them with cameras making disparaging remarks and threatening statements, including stating that that they know where the target lives or that they will find the target of the harassment. Many of these individuals dress in all black clothing, commonly referred to as "black bloc." Black bloc can prevent identification of individual actors by authorities. After nightfall, the attendees generally become more aggressive, damaging personal and government property, and throwing items toward federal law enforcement officers working at the building. The violence toward officers has included discharging pepper spray at officers as well as throwing rocks, trash, and bricks pulled from the ICE facility's driveway.

6. On June 14, 2025, thousands of people engaged in peaceful protests in Portland, Oregon. At approximately 1p.m., individuals began gathering around the ICE building. Many

**Affidavit of** ▇▇▇▇▇▇ **Page 2**
Rev. April 2018

were dressed in black bloc and some were wearing masks. Some targeted the building with mortar fireworks, rocks, bricks, and glass bottles. Fires were also started in multiple locations in close proximity to the building. At approximately 5:50p.m., individuals breached the exterior door to the ICE building and entered the lobby before being pushed back by federal officers. Additional federal officers, including Customs and Border Protection Tactical Unit (BORTAC) agents, were dispatched to the location. Later, the Portland Police Bureau declared a riot due to the ongoing criminal activity. Individuals continued to throw items toward federal officers as they attempted to protect the building.

7. In the evening hours of June 14, 2025, following the breach of the building, Adult Victim (AV), a BORTAC Agent, was engaged in crowd control efforts at the ICE building. Agents ordered the crowd to back away and instructed those throwing items to stop. During that time, AV observed Joshua CARTRETTE push one BORTAC agent and kick multiple deployed tear gas canisters toward AV and other BORTAC agents. While the canisters did not contact AV or cause injury, AV expressed concern that one of the deployed cannisters would strike AV or another agent. CARTRETTE was taken into custody at that time.

 

(Catrette approaching and kicking a tear gas cannister)

## Conclusion

8.  Based on the foregoing, I have probable cause to believe, and I do believe, that Joshua Cartrette committed Assaulting a Federal Officer (Misdemeanor), in violation of 18 U.S.C. § 111(a)(1). I therefore request that the Court issue a criminal complaint and arrest warrant for Joshua Cartrette.

9.  Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by an Assistant United States Attorney (AUSA), and the AUSA advised me that in their opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

///

///

///

## Request for Sealing

10. It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant. I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may may result in the endangerment of the physical safety of an individual, cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously

jeopardize an investigation. Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

*By phone pursuant to Fed. R. Crim. P. 4.1*

█████

SPECIAL AGENT, FBI – PORTLAND

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at ___9:45___ a.m./(p.m.) on ___June 15___, 20_25_.

*Stacie F. Beckerman*

HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge

**Affidavit of** █████

**Page 5**
Rev. April 2018